```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

    -against-

                                              20 Mag 8071 (LMS)

JUAN NAVARRO

                                Defendant(s).

```
-----------------------------------------------------------------X
```

Defendant **JUAN NAVARRO**_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

    ___X    Initial Appearance Before a Judicial Officer

    ___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

    ___X    Bail/Detention Hearing

    ___    Conference Before a Judicial Officer


/s/ Juan Navarro, electronic signature placed by
USMJ Smith, with defendant's permission
_____          _____/s/_____
Defendant's Signature                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Juan Navarro_____          _Susanne Brody_____
Print Defendant's Name                      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____7/31/2020_____            _____
Date                                      ~~U.S. District Judge~~/U.S. Magistrate Judge